469 F.2d 694
 176 U.S.P.Q. 193
 Oliver F. MARSTON, Appellant,
v.
J. C. PENNEY COMPANY, INC., Appellee.
 No. 72-1424.
 United States Court of Appeals,
Fourth Circuit.
 Argued Nov. 1, 1972.
Decided Dec. 6, 1972.
 
 Alfred P. Ewert, New York City (Morgan, Finnegan, Durham & Pine, New York City, Herndon P. Jeffreys, Jr., J. Murray Hooker and Jeffreys & Lawler, Richmond, Va., on brief), for appellant.
 W. Brown Morton, Jr., Washington, D. C. (James N. Dresser, Morton, Bernard, Brown, Roberts & Sutherland, Washington, D. C., Edward A. Marks, Jr. and Sands, Anderson, Marks & Clarke, Richmond, Va., on brief), for appellee.
 Before HAYNSWORTH, Chief Judge, and WINTER and RUSSELL, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the opinion of the District Court. Marston v. J. C. Penney Co., Inc., E.D.Va., 324 F.Supp. 889.
 
 
 2
 Affirmed.